| | | |
|---|---|---|
| **IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF** | * | **IN THE** |
| **JOHN FRANKLIN BLEVINS TO THE BAR OF MARYLAND** | * | **COURT OF APPEALS** |
| | * | **OF MARYLAND** |
| | * | **Misc. Docket AG No. 81** |
| | * | **September Term, 2021** |

### ORDER

Upon consideration of the Verified Petition for Reinstatement and Bar Counsel's Consent to Petition for Reinstatement with Terms, filed in the above-captioned case, it is this 22nd day of July, 2022,

**ORDERED**, by the Court of Appeals of Maryland, that the Petition be, and the same hereby is, GRANTED; and it is further

**ORDERED,** that John Franklin Blevins is reinstated as a member of the Bar of Maryland subject to the terms and conditions of the Monitor Agreement; and it is further

**ORDERED**, that the Clerk of the Court shall replace the name John Franklin Blevins upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

/s/ Matthew J. Fader
Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk